United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLA A. WHITAKER, ) | |
| ) | CIVIL NO. C09-5642-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 9, 2010, Defendant's Answering Brief shall be filed on or before April 6, 2010, Plaintiff's Reply Brief shall be filed on or before April 20, 2010 and oral argument, if desired, shall be requested by April 27, 2010.

DATED this 10th day of February, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE OPENING BRIEF- [C09-5642 RBL-JRC] -1