United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

CARLA A. WHITAKER,                          )
                                            )   CIVIL NO. C09-5642-RBL-JRC
              Plaintiff,                     )
                                            )   ORDER FOR EXTENSION OF
vs.                                         )   TIME TO FILE OPENING BRIEF
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,            )
                                            )
              Defendant.                     )

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 16, 2010, Defendant's Answering Brief shall be filed on or before April 13, 2010, and Plaintiff's Reply Brief shall be filed on or before April 27, 2010. Oral argument, if desired, shall be requested by May 4, 2010.

DATED this 10th day of March, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- [C09-5642 RBL-JRC] - 1