UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLA A. WHITAKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO.  C09-5642RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The matter is therefore REMANDED to the administration for further consideration; and

　　(3)　The Clerk is directed to send copies of this Order to counsel of record.

DATED this 3rd day of September, 2010.

　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1