# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARLA A. WHITAKER

        v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

C09-5642 RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REMANDED to the administration for further consideration.

    September 7, 2010                                WILLIAM M. McCOOL
           Date                                                    Clerk

                                                                           *s / Mary Trent*
                                                                          Deputy Clerk